# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-2360

_____

Michael S. Sayen

*Plaintiff - Appellant*

v.

Gary R. Schurrer, in his individual capacity; John C. Hoffman, in his individual
capacity; Thaddeus V. Jude

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: January 22, 2020
Filed: January 30, 2020
[Unpublished]

_____

Before GRUENDER, BEAM, and KELLY, Circuit Judges.

_____

PER CURIAM.

Michael Sayen appeals the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 action. After careful review of the record and the parties' arguments on appeal, we conclude that dismissal was proper. See Mireles v. Waco, 502 U.S. 9, 11-12 (1991) (per curiam) (discussing judicial immunity); see also Lance v. Dennis, 546 U.S. 459, 463 (2006) (lower federal courts are precluded from exercising appellate jurisdiction over final state court judgments). Accordingly, we affirm. See 8th Cir. R. 47B.

---

[1]The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Hildy Bowbeer, United States Magistrate Judge for the District of Minnesota.